

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE BUSINESS COURT DIVISION 11A OF HARRIS COUNTY, GREETINGS:

On October 9, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Lone Star NGL Product Services LLC, (in its own capacity and as assignee) v. EagleClaw Midstream Ventures LLC and CR Permian Processing, LLC

Court of Appeals No. 15-25-00003-CV
Trial Court No. 24-BC11A-0004

The Court of Appeals entered the following judgment or order:

Today, the Court heard the parties' joint motion to vacate and remand. Having considered the motion, we order the December 20, 2024, remand order of the Business Court below **VACATED** and **REMAND** the cause to the Business Court for further proceedings.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this December 22, 2025.

**CHRISTOPHER A. PRINE, CLERK**

